**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ASHLEY _____ v. UNUM _____ No. 09-1819-BTM(WVG)

HON. WILLIAM V. GALLO       CT. DEPUTY J. YAHL        RPTR. _____

Attorneys

        Plaintiffs                                        Defendants

_____          _____

_____          _____

_____          _____


        The Joint Motion for Stipulated Confidentiality Agreement and Protective
Order (Doc. # 14) is DENIED without prejudice.


DATED:  January 14, 2010


                                        _____
                                         Hon. William V. Gallo
                                         U.S. Magistrate Judge